IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CLAUDIO DE SIMONE, *et al.*, | * | |
| Plaintiffs/Counterclaim Defendants, | * | |
| v. | * | Civil No. TDC-15-1356 |
| VSL PHARMACEUTICALS, INC., *et al.*, | * | |
| Defendants/Counterclaim Plaintiffs. | * | |

\*   \*   \*   \*   \*   \*

**ORDER**

Now pending before the Court is a letter (ECF No. 426) requesting clarification of the Court's September 1, 2017 Order Regarding Trade Secret Information (ECF No. 417) filed by Danisco USA Inc. ("Danisco").

Danisco is ordered to produce the "confidential, non trade-secret documents or information that it withheld pursuant to the confidentiality provision in the 2014 Supply Agreement." (ECF No. 426 at 2.) Danisco shall mark such documents as "Highly Confidential" in accordance with ECF No. 417. Such documents shall be produced by the deadline set forth in ECF No. 417.

As I have stated throughout this case, if the current discovery schedule set by Judge Chuang is to be maintained, the parties must actually produce discovery. There is no need to afford the De Simone parties an opportunity to respond to Danisco's letter because they have made their position on the Danisco documents known during our conference calls. Whether or not the Danisco discovery is of central relevance to the claims and defenses in this case, it must be produced. Its production is not unduly burdensome on any party and the protections of the Order Regarding Trade Secret Information (ECF No. 417) will prevent its misuse.

     It is so ordered.

<u>September 20, 2017</u>                                                          <u>          /s/                          </u>
Date                                                                                       Timothy J. Sullivan
                                                                                        United States Magistrate Judge