UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CLAUDIO DE SIMONE, *et al.*,  )<br>  )<br>  Plaintiffs/Counterclaim Defendants,  )<br>  )<br>v.  )<br>  )<br>VSL PHARMACEUTICALS, *et al.,*  )<br>  )<br>  Defendants/Counterclaim Plaintiffs.  )<br>_____  ) | Case No.: 8:15-cv-01356 (TDC) |

**JOINDER OF ALFASIGMA USA, INC.
IN MOTION *IN LIMINE* OF LEADIANT BIOSCIENCES, INC.
TO PRECLUDE PLAINTIFFS' EXPERT TESTIMONY OF LANHAM ACT DAMAGES**

Defendant/Counterclaim-Plaintiff Alfasigma USA, Inc. ("Alfasigma") by its counsel, pursuant to this Court's Order of March 22, 2018 (ECF No. 560), and Rule 104 of the Federal Rules of Evidence, hereby respectfully joins in that portion of the motion filed today by Leadiant Biosciences, Inc. ("Leadiant") styled in part as a Motion *In Limine* to preclude ExeGi Pharma LLC ("ExeGi") from introducing any new evidence or argument of Lanham Act damages (ECF No. 694). Alfasigma respectfully joins in that motion to the extent of moving to exclude testimony of Plaintiff's damages expert, H. Bryan Callahan.

The complete grounds for this motion are set forth in Section II of the memorandum of law in support of Leadiant's Motion. For the reasons set forth therein, Plaintiffs should respectfully be precluded from introducing evidence of Lanham Act damages through expert testimony.

Dated: October 9, 2018

Respectfully submitted,

_/s/_____
Mark A. Weissman (admitted *pro hac vice*)
Lydia Ferrarese (admitted *pro hac vice*)
Brian Carr (admitted *pro hac vice*)
Herzfeld & Rubin, P.C.
125 Broad Street
New York, New York 10004
(212) 471-8500
lferrarese@herzfeld-rubin.com
mweissman@herzfeld-rubin.com

Robert S. Brennen (04499)
MILES & STOCKBRIDGE, P.C.
100 Light Street
Baltimore, MD 21202
(410) 727-6464
rbrennen@milesstockbridge.com

*Attorneys for Alfasigma USA, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify and acknowledge that on this 9th day of October, 2018, I caused a copy of the foregoing Joinder to be filed with the Court's ECF system, and to be served by email to the following:

Jeremy W. Schulman
Jeffrey Gavenman
SCHULMAN BHATTACHARYA, LLC
7500 Old Georgetown Rd., Suite 901
Bethesda, MD 20814
jschulman@schulmanbh.com
kbhattacharya@schulmanbh.com
jgavenman@schulmanbh.com
*Counsel for Claudio De Simone and ExeGi Pharma, LLC*

Shari Ross Lahlou
Astor Heaven
CROWELL AND MORING LLP
1001 Pennsylvania Ave NW
Washington, DC 20004
slahlou@crowell.com
aheaven@crowell.com
*Counsel for Danisco USA, Inc.*

Charles S. Fax
Liesel Johanna Schopler
RIFKIN LIVINGSTON LEVITAN & SILVER, LLC
7979 Old Georgetown Rd., Suite 400
Bethesda, MD 20814
cfax@rwlls.com
lschopler@rlls.com
*Counsel for Leadiant Biosciences, Inc.*

Robert S. Brennen
MILES & STOCKBRIDGE, P.C.
100 Light Street
Baltimore, MD 21202
rbrennen@milesstockbridge.com
*Co-counsel for Alfasigma USA, Inc*.

Brian Cashmere
(bcashmere@williamsmullen.com

WILLIAMS MULLEN, P.C.
8300 Greensboro Drive, Suite 1100
McLean, Virginia 22102

Douglas M. Nabhan, Esq. (VSB #24078)
Turner A. Broughton, Esq. (VSB #42627)
Harold E. Johnson, Esq. (VSB # 65591)
Andrew O. Mathews, Esq. (VSB #77068)
WILLIAMS MULLEN
PO Box 1320
Richmond, VA  23218-1320
Telephone:  (804) 420-6000
Facsimile:  (804) 420-6507
dnabhan@williamsmullen.com
tbroughton@williamsmullen.com
hjohnson@williamsmullen.com
amathews@williamsmullen.com

Brian L. Schwalb, Esq.
Calvin R. Nelson, Esq.
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202.344.4356
Facsimile: 202.344.8300
blschwalb@venable.com
crnelson@Venable.com

*Counsel for VSL Pharmaceuticals, Inc.*

/s/  Mark A. Weissman
Mark A. Weissman
Herzfeld & Rubin, P.C.