# FOR THE DISTRICT OF MARYLAND
### (Southern Division)

| | |
|---|---|
| CLAUDIO DE SIMONE, *et al.*, | * |
| Plaintiffs/Counterclaim Defendants, | * |
| v. | *     Case No. 8:15-cv-01356-TDC |
| VSL PHARMACEUTICALS, INC., *et al.* | * |
| Defendants/Counterclaim Plaintiffs, | * |

## JOINT PROPOSED JURY INSTRUCTIONS AND SPECIAL VERDICT FORM

Pursuant to the Court's Pretrial Scheduling Order dated March 22, 2018 and Local Rule 106, Plaintiffs/Counterclaim Defendants Claudio De Simone ("Prof. De Simone") and ExeGi Pharma, LLC ("ExeGi") (collectively, "Plaintiffs"), Defendants/Counterclaim Plaintiffs VSL Pharmaceuticals, Inc. ("VSL Inc."), Leadiant Biosciences, Inc. ("Leadiant"), and Alfasigma USA, Inc. ("Alfasigma") (collectively, "Defendants"), and Third Party Defendant Danisco USA, Inc. ("Danisco") hereby submit the following proposed jury instructions and special verdict forms. The parties were not able to agree on jury instructions at this time, therefore, Plaintiffs' Proposed Jury Instructions are attached hereto as Exhibit 1 and Defendants' Proposed Jury Instructions are attached hereto as Exhibit 2. The parties were also not able to agree on a special verdict form at this time, therefore, Plaintiffs' Proposed Special Verdict Form is attached hereto as Exhibit 3 and Defendants' Proposed Special Verdict Form is attached hereto as Exhibit 4. The parties will continue to work to resolve their dispute prior to the pretrial conference.

Dated: October 16, 2018

Respectfully submitted,

By:       /s/ Jeremy W. Schulman
Jeremy W. Schulman (Fed. Bar No. 16787)
Jeffrey Gavenman (Fed. Bar No. 19946)
Schulman Bhattacharya, LLC
7500 Old Georgetown Road, Suite 901
Bethesda, Maryland 20814
Telephone: (240) 356-8550
E-mail:     jschulman@schulmanbh.com
              jgavenman@schulmanbh.com

*Counsel for Plaintiffs/Counterclaim Defendants Claudio De Simone and ExeGi Pharma, LLC*

/s/ Brian Cashmere
Brian Cashmere, Esq. (USDC MD. Bar No. 14170)
Williams Mullen, P.C.
8300 Greensboro Drive, Suite 1100
McLean, VA 22102
Tel.:     (703) 760-5200
Fax:     (703) 748-0244
E-mail:    bcashmere@willimsmullen.com

*Counsel for Defendant/Counterclaim Plaintiff VSL Pharmaceuticals, Inc.*

   /s/ Charles S. Fax
Charles S Fax, Esq.
Rifkin Weiner Livingston LLC
7979 Old Georgetown Road, Suite 400
Bethesda, MD 20814-2429
E-mail: cfax@rwllaw.com

*Counsel for Defendant/Counterclaim Plaintiff Leadiant Biosciences, Inc*

   /s/ Mark A. Weissman
Mark A. Weissman (admitted *pro hac vice*)
Lydia Ferrarese (admitted *pro hac vice*)
Brian T. Carr
Herzfeld & Rubin, P.C.
125 Broad Street
New York, New York 10004

(212) 471-8500
E-mail: lferrarese@herzfeld-rubin.com
mweissman@herzfeld-rubin.com

Robert S. Brennen (04499)
Miles & Stockbridge, P.C.
100 Light Street
Baltimore, MD 21202
(410) 727-6464
E-mail: rbrennen@milesstockbridge.com
*Counsel for Alfasigma USA, Inc.*

   /s/ Astor H.L. Heaven
Shari Ross Lahlou (Fed. Bar No. 16570)
Astor H.L. Heaven (Fed. Bar No. 18705)
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 624-2679
Facsimile: (202) 628-5116
E-mail: slahlou@crowell.com
aheaven@crowell.com

*Counsel for Danisco USA, Inc.*