# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | |
|---|---|
| CLAUDIO DE SIMONE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Civil Action No.: 8:15-cv-01356 |
| VSL PHARMACEUTICALS, INC., *et al.* | ) ) ) |
| Defendants, | ) |

### DEFENDANTS/COUNTERCLAIM PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN CLAIMS PURSUANT TO FED. R. CIV P. 41(a)(2)

Defendants/Counterclaim Plaintiffs VSL Pharmaceuticals, Inc. ("VSL Inc."), Leadiant Biosciences, Inc. ("Leadiant") and Alfasigma USA, Inc. ("Alfasigma"), by and through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(2), move the Court to enter an order of voluntary dismissal of certain counterclaims, with prejudice. In support of this motion, Defendants/Counterclaim Plaintiffs state as follows:

1. Much of the relief that Defendants/Counterclaim Plaintiffs needed in response to Plaintiffs' business misconduct was obtained through the Court's previous preliminary injunction orders in this case. As a result of the Court's injunctive orders, virtually all of Plaintiffs' improper infringement of VSL Inc.'s registered trademark rights ceased, as did a substantial portion of Plaintiffs' false advertising and other tortious conduct. Because of the Court's previous injunctions, Defendants fortunately have suffered only modest amounts of monetary damages, and the costs and expenses associated with continuing to litigate those damage claims will likely exceed the damages themselves.

1

2. Defendants/Counterclaim Plaintiffs are desirous of focusing the Court's, parties' and jury's remaining time and resources on only those claims for which there may be practical economic or business consequences. Accordingly, Defendants/Counterclaim Plaintiffs seek leave to voluntarily dismiss the following counterclaims, with prejudice (with the proviso that the Court agrees that the voluntary dismissal of these claims will not be mentioned, in evidence or argument, to the jury).

   a. VSL Inc.'s counterclaims: Conspiracy (Count V); Trademark Infringement (Count XII and XXI); Unfair Competition (Counts XIII and XXII); Conversion (Count XVIII); and False Advertising (Count XXVIII).

   b. Leadiant's counterclaims: Tortious Interference with Economic Relations (Count IV); Unfair Competition (Count VI)); False Advertising (Count VII)); and Tortious Interference with Prospective Economic Advantage (Count VIII);

   c. AlfaSigma's counterclaims: False Advertising (Count I) and Tortious Interference with Prospective Economic Advantage (Count II).

3. Neither the Plaintiffs nor the Court will be prejudiced by the voluntary dismissal of the foregoing counterclaims.

WHEREFORE, for the foregoing reasons, Defendants/Counterclaim Plaintiffs respectfully request that the Court grant this Motion and enter an Order of voluntarily dismissal, with prejudice, of the above-identified counterclaims.

Dated: November 12, 2018

**VSL PHARMACEUTICALS, INC.,**

　　/s/ Brian L. Schwalb
Brian L. Schwalb, Esq. (USDC MD. Bar No 11326)
Venable LLP
600 Massachusetts Avenue, NW
Washington DC  20001
Telephone:  (202) 344-4356
Facsimile:  (202) 344-8300

blschwalb@venable.com

Brian Cashmere, Esq. (USDC MD. Bar No. 14170)
Williams Mullen, P.C.
8300 Greensboro Drive, Suite 1100
McLean, VA  22102
Tel.:         (703) 760-5200
Fax:  (703) 748-0244
E-mail:       bcashmere@willimsmullen.com

*Admitted pro hac vice*
Douglas M. Nabhan, Esq. (VSB No. 24078)
Turner A. Broughton, Esq. (VSB No. 42627)
Andrew O. Mathews, Esq. (VSB No. 77068)
Williams Mullen
P.O. Box 1320
Richmond, VA  23218-1320
Telephone:  (804) 420-6000
Facsimile:  (804) 420-6507
dnabhan@williamsmullen.com
tbroughton@williamsmullen.com
amathews@williamsmullen.com

*Counsel for Defendant/Counterclaim Plaintiff VSL Pharmaceuticals, Inc.*


        /s/ Mark A. Weissman         
Mark A. Weissman (admitted *pro hac vice*)
Lydia Ferrarese (admitted *pro hac vice*)
Brian Carr (admitted *pro hac vice*)
Herzfeld & Rubin, P.C.
125 Broad Street
New York, New York 10004
(212) 471-8500
E-mail:       lferrarese@herzfeld-rubin.com
              mweissman@herzfeld-rubin.com

*Counsel for Alfasigma USA, Inc.*


        /s/ Charles S. Fax         
Charles S. Fax, Maryland Federal Bar No. 2490
Liesel J. Schopler, Maryland Federal Bar No. 17280
Rifkin Weiner Livingston, LLC
7979 Old Georgetown Road, Suite 400

Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-0172
cfax@rwllaw.com
lschopler@rwllaw.com

*Counsel for Defendant and Counterclaim-Plaintiff Leadiant Biosciences, Inc.*