## TDC-15-1356
## De Simone v. VSL Pharmaceuticals, et al

Can we get copies of the verdict form? We have the ~~originals~~ Final one we ~~case~~ ~~the~~ but not copies for the jurors.

JUROR NUMBER: REDACTED

DATE: ~~2+8~~ 11/16
TIME: 2:10

For Court Use Only:
Recv'd by: KS     DATE: 11/16/18     TIME: 2:26
Court Exhibit #: 1

Jury Note (Rev. 2/2009)

TDC-15-1356
De Simone v. VSL Pharmaceuticals, et al

Can we get a flip chart, please? Thanks!

JUROR NUMBER: REDACTED

DATE: 11/16/18
TIME: 3:56

For Court Use Only:
Recv'd by: KS
Court Exhibit #: 2
DATE: 11/16/18  TIME: 4:05

Jury Note (Rev. 2/2009)

TDC-15-1356
De Simone v. VSL Pharmaceuticals, et al

2 things:

① We are not finished deliberating so we will be back on Monday.

② Can we have a calculator ready for us to use on Monday?

Thank you!

JUROR NUMBER: REDACTED

DATE: 11/16/18
TIME: 4:55 pm

For Court Use Only:
Recv'd by: KS
DATE: 11/16/18  TIME: 5:00
Court Exhibit #: 3

Jury Note (Rev. 2/2009)

COURT'S RESPONSE TO JURORS' QUESTIONS

DURING DELIBERATIONS

TDC-15-1356 De Simone v. VSL Pharmaceuticals, et al

- Thank you for your service. We will have a calculator ready for you on Monday morning at 9:00 a.m.

- Have a good weekend.

Theodore D. Chuang
United States District Judge

TDC-15-1356
De Simone v. VSL Pharmaceuticals, et al

Question - What happens if we can't come to an agreement on one ~~or~~ or two questions? ~~We have~~ Guidance would be great on how to further handle this. Thanks!

JUROR NUMBER: REDACTED

DATE: 11/19/18
TIME: 1 pm

For Court Use Only:
Recv'd by: KS    DATE: 11/19/18    TIME: 1:10 p.m.
Court Exhibit #: 4

Jury Note (Rev. 2/2009)

## COURT'S RESPONSE TO JURORS' QUESTIONS

### DURING DELIBERATIONS

### TDC-15-1356 De Simone v. VSL Pharmaceuticals, et al

Please continue to try to reach an agreement on the remaing questions.

Thank you for your efforts.

Theodore D. Chuang
United States District Judge

**TDC-15-1356**
**De Simone v. VSL Pharmaceuticals, et al**

Do we need to answer all 13 questions?

We are stuck on one question. We have spent at least 3 hours trying to get on the same page and can't.

What do you recommend now? Do we call it a day for today to regroup?

Thanks!

**JUROR NUMBER:** REDACTED

**DATE:** 11/19/18
**TIME:** 3:20

For Court Use Only:
Recv'd by: KS      DATE: 11/19/18    TIME: 3:30
Court Exhibit #: 5

Jury Note (Rev. 2/2009)

COURT'S RESPONSE TO JURORS' QUESTIONS

DURING DELIBERATIONS

TDC-15-1356 De Simone v. VSL Pharmaceuticals, et al

Thank you for your hard work to this point. Please continue to try to reach agreement on the one question. You may decide as a group whether to stay until 5:00 p.m. today or to leave now. If you do not reach a verdict on all 13 questions today, please return at 9:00 a.m. tomorrow to continue your deliberations. Please send a note with your departure time.

Thank you!

Theodore D. Chuang
United States District Judge

TDC-15-1356
De Simone v. VSL Pharmaceuticals, et al

People are on opposite sides of this debate and we really cannot come to a consensus. We do not believe these sides will change either way.

We are stuck on one question and both sides of the answers are not ~~~~ moving.

What should we do?

P.S. We do not think these will change tomorrow or the next day etc.

We are ready to leave now. Do we return tomorrow?

**JUROR NUMBER:** REDACTED

**DATE:** 4:30
**TIME:** ℞ 11/19/18

For Court Use Only:
Recv'd by: KS     DATE: 11/19/18    TIME: 4:33
Court Exhibit #: 6

Jury Note (Rev. 2/2009)

TDC-15-1356
De Simone v. VSL Pharmaceuticals, et al

We have reached a unanimous verdict

JUROR NUMBER: REDACTED

DATE: 11/20/18
TIME: 10:25

For Court Use Only:
Recv'd by: KS
DATE: 11/20/18    TIME: 10:30
Court Exhibit #: 7

Jury Note (Rev. 2/2009)