UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DATE: **November 20, 2018**
TIME: 3:27 p.m.
CLERK'S OFFICE
AT GREENBELT
BY DEPUTY: KLS

CLAUDIO DE SIMONE

  Plaintiff/Counterclaim Defendant.

EXEGI PHARMA, LLC,

  Plaintiff,

  v.

VSL PHARMACEUTICALS, INC.,

  Defendant/Counterclaim Plaintiff,

LEADIANT BIOSCIENCES, INC., and
ALFASIGMA USA, INC.

  Defendants,

  v.

DANISCO USA, INC.,

  Counterclaim Defendant.

Civil Action No. TDC-15-1356

**VERDICT FORM**

**I.   Breach of Contract**

1.  What amount of compensatory damages, if any, do you award to Plaintiff Claudio De Simone ("Mr. De Simone") for the breach of the 2001 Patent License Agreement by VSL Pharmaceuticals, Inc. ("VSL")?

   ANSWER:   $967,435

## II. Unjust Enrichment

2. Do you find that VSL was unjustly enriched at the expense of Mr. De Simone through its continued use or sale of VSL#3 manufactured by Danisco?

   ANSWER:   __X__   _____
             Yes      No

   *If your Answer to question 2 is "Yes," answer question 3. If your Answer to question 2 is "No," do not answer question 3 and proceed directly to question 4.*

3. What amount, if any, do you award to Mr. De Simone for unjust enrichment by VSL?

   ANSWER:  $1,874,602

4. Do you find that Leadiant Biosciences, Inc. ("Leadiant") was unjustly enriched at the expense of Mr. De Simone through its continued use or sale of VSL#3 manufactured by Danisco?

   ANSWER:   __X__   _____
             Yes      No

   *If your Answer to question 4 is "Yes," answer question 5. If your Answer to question 4 is "No," do not answer question 5 and proceed directly to question 6.*

5. What amount, if any, do you award to Mr. De Simone for unjust enrichment by Leadiant?

   ANSWER:  $172,004

## III. False Advertising

6. Do you find that Leadiant engaged in false advertising against ExeGi Pharma, LLC ("ExeGi") in violation of the Lanham Act?

   ANSWER:   __X__ Yes   ____ No

7. Do you find that Alfasigma engaged in false advertising against ExeGi in violation of the Lanham Act?

   ANSWER:   __X__ Yes   ____ No

*If your Answer to question 7 is "Yes," answer question 8. If your Answer to question 7 is "No," do not answer question 8 and proceed directly to question 9.*

8. What amount of compensatory damages, if any, do you award to ExeGi for false advertising by Alfasigma?

   ANSWER:   $15,000,000

## IV. Breach of Fiduciary Duty

9. Do you find that Mr. De Simone breached a fiduciary duty to VSL?

   ANSWER:   ____ Yes   __X__ No

3

*If your Answer to question 9 is "Yes," answer question 10. If your Answer to question 9 is "No," do not answer question 10 and proceed directly to question 11.*

10. What amount of compensatory damages, if any, do you award to VSL for Mr. De Simone's breach of fiduciary duty?

    ANSWER:            $_____

V.  **Special Questions**

11. Do you find that Mr. De Simone breached a fiduciary duty to VSL by entering into the 2014 Danisco Supply Agreement (Exhibit 402)?

    ANSWER:        _____        __X__
                       Yes              No

12. Do you find that Beth Park was an interested director or officer, as defined in Jury Instruction No. 29, when she approved the 2014 Danisco Supply Agreement (Exhibit 402)?

    ANSWER:        _____        __X__
                       Yes              No

13. Do you find that Beth Park acted in good faith in approving the 2014 Danisco Supply Agreement (Exhibit 402) on behalf of VSL?

ANSWER:  __X__          _____
         Yes             No


*The Verdict Form is now complete.*

11/20/18 - 10:25 AM                    | REDACTED |
Date/Time                              Foreperson