## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| CLAUDIO DE SIMONE<br><br>    Plaintiff/Counterclaim Defendant.<br><br>EXEGI PHARMA, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VSL PHARMACEUTICALS, INC.,<br><br>    Defendant/Counterclaim Plaintiff,<br><br>LEADIANT BIOSCIENCES, INC., and ALFASIGMA USA, INC.<br><br>    Defendants,<br><br>    v.<br><br>DANISCO USA, INC.,<br><br>    Counterclaim Defendant. | Civil Action No. TDC-15-1356 |

## ORDER

In the Parties' Pretrial Order, Plaintiffs abandoned their claims against Defendant Sigma-Tau HealthScience USA, Inc. because that entity no longer exists, having been merged into Defendant Alfasigma USA, Inc.  *See* Pretrial Order at 56, ECF No. 713-1.

Accordingly, it is hereby ORDERED that Sigma-Tau HealthScience USA, Inc. is DISMISSED as a Defendant in this action.

Date:  November 21, 2018                         /s/
                                                                THEODORE D. CHUANG
                                                                 United States District Judge